UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE PALACIOS, | |
| Plaintiff, | Case No. 2:10-cv-01378-JCM-PAL |
| vs. | **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, | **Plaintiff's Motion to Renew the Early Neutral Evaluation - #18** |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Renew the Early Neutral Evaluation (#18), filed February 17, 2011 and Defendant's Non-Opposition to Plaintiff's Motion (#20) filed February 18, 2011. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Renew the Early Neutral Evaluation (#18) is **granted**. A continuation of the ENE session has been scheduled to commence at **9:00 a.m.** on **Wednesday, March 23, 2011**, in the *chambers* of the undersigned U.S. Magistrate Judge, Room 3099, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

**IT IS FURTHER ORDERED** that any written supplemental evaluation statements shall be submitted directly to my chambers - **Room 3099** - not later than **March 16, 2011**. **DO NOT DELIVER OR MAIL THEM TO THE CLERK'S OFFICE. DO NOT SERVE A COPY ON OPPOSING COUNSEL.**

DATED this 24th day of February, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge